ORIGINAL

2003 OCT 31 PM 2:55
CLERK OF COURT

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
FORT WORTH DIVISION

| | | |
|---|---|---|
| RUDY RODRIGUEZ, | § | |
| | § | |
| Plaintiff, | § | |
| | § | CIVIL ACTION NO. |
| v. | § | 4:03CV055-Y |
| | § | |
| CONAGRA GROCERY PRODUCTS COMPANY, | § | |
| | § | |
| | § | |
| Defendant. | § | |

**DEFENDANT'S MOTION FOR SUMMARY JUDGMENT**

Defendant, ConAgra Grocery Products Company ("ConAgra" or "Defendant"), hereby moves for summary judgment because there is no genuine issue of material fact with respect to the sole claim of Plaintiff, Rudy Rodriguez ("Rodriguez" or "Plaintiff"), in this case. ConAgra is therefore entitled to judgment as a matter of law and asks the Court to dismiss Plaintiff's case with prejudice.

## I. ELEMENTS OF CLAIMS AND DEFENSES

Plaintiff alleges that ConAgra discriminated against him in violation of the Texas Commission on Human Rights Act, TEX. LAB. CODE § 21.051. Pursuant to Local Rule 56.3(a)(1), the elements of Plaintiff's race discrimination claim are: (1) he suffers from a disability; (2) he was qualified for the position; (3) he suffered an adverse employment decision made by ConAgra; (4) other similarly situated non-disabled employees received more favorable treatment; and (5) ConAgra's legitimate, nondiscriminatory reasons for its actions were pretextual. To establish that he suffers from a disability, as that term is defined in the TCHRA,

Plaintiff must show that he either (a) has a mental or physical impairment that substantially limits one or more major life activities, (b) has a record of such impairment or (c) is regarded as having such an impairment. Plaintiff argues that he was "regarded as" having such an impairment. Thus, Plaintiff must show: (1) that ConAgra considered him to be substantially limited in a major life activity and (2) that ConAgra's belief was due to an "impairment" that would have been covered by the TCHRA.

## II. Legal And Factual Grounds Upon Which ConAgra Relies

The following is a brief summary of the legal and factual grounds relied upon by ConAgra in support of summary judgment. Each of these issues is discussed in detail in the Brief in Support of Defendant's Motion for Summary Judgment. Although the legal and factual grounds for Defendant's Motion will be generally discussed here in compliance with Local Rule 56.3(a)(2), Defendant's record citations (as required by Local Rule 56.3(a)(3)) will be set forth in its Brief, as permitted by Local Rule 56.3(b).

Plaintiff's claim of disability discrimination based on denial of a job cannot survive summary judgment because Plaintiff cannot show that he was disabled within the meaning of the TCHRA. Plaintiff cannot show that ConAgra considered him to be substantially limited in a major life activity or that ConAgra's belief is due to an "impairment" that would have been covered by the TCHRA.

## III. Conclusion

Based upon the foregoing, the arguments and authorities set forth in the Brief in Support of Defendant's Motion for Summary Judgment, the undisputed summary judgment evidence, and the applicable law, ConAgra respectfully requests that the Court enter summary judgment on

Plaintiff's claim and additionally award ConAgra its costs and all other relief to which it is entitled.

Respectfully submitted,

Arthur T. Carter
State Bar No. 00792936
HAYNES AND BOONE, L.L.P.
901 Main Street, Suite 3100
Dallas, Texas 75202
Telephone: (214) 651-5000
Telecopier: (214) 651-5940

and

Helen Thigpen
State Bar No. 00797756
HAYNES AND BOONE, L.L.P.
2502 N. Plano Road, Suite 4000
Richardson, Texas 75082-4101
Telephone: (972) 739-6900
Telecopier: (972) 680-7551

ATTORNEYS FOR DEFENDANT
CONAGRA GROCERY PRODUCTS
COMPANY

**CERTIFICATE OF SERVICE**

This is to certify that a true and correct copy of the foregoing instrument has been sent by certified mail, return receipt requested ( 7160 3901 9842 0875 6819 ) to Plaintiff's counsel, Donald E. Uloth, Uloth & Peavler, L.L.P., 2626 Cole Avenue, Suite 400, Dallas, Texas 75204, on this 31st day of October, 2003.

R-58643_1 DOC